GEORGE PANOS, Appellant, *v.* BRUNO BORSCH et al., Respondents.

Argued November 13, 1940; decided December 3, 1940.

David P. Siegel, George Pfeil and Harold Silverstein for appellant.

Nathan Feldman, Isidore Levine and Melville Taylor for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.